

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNA KRISTA RAYMOND,<br><br>Defendant. | CR 11–58–M–DWM–02<br><br><br><br>ORDER |

The United States has moved to amend a restitution payee in this matter. Accordingly,

IT IS ORDERED that the United States' motion, (Doc. 140), is GRANTED. The December 20, 2012 Judgment, (Doc. 126), is AMENDED to allow restitution previously ordered to Lawrence Craig to be disbursed to Glenna Craig.

DATED this 22nd day of January, 2018.

Donald W. Molloy, District Judge
United States District Court

-1-